UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINISTER SHAKA TAFFAWA ALI DAVIDSON,

Plaintiff,

-against-

NEW ROCHELLE POLICE DEPARTMENT et al,

Defendants.

26-CV-8896 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR AMENDED IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted an IFP application, but his responses do not establish that he is unable to pay the filing fees. On his IFP application (ECF 2), Plaintiff states that his total monthly income is $0 and his gross monthly pay is $0. (*Id.* at 1–2.) His IFP application also states that Plaintiff owns no assets and has no expenses. (*Id.* at 3–5.) In support of his IFP application, Plaintiff submits an Affidavit of Fact/Financial Statement (ECF 5); there, Plaintiff states his "monthly due" is $333, his "monthly rent" is $333, his property value is "infinity," yet his income is "none." (*Id.* at 2.) Thus, the Court is unable to conclude the Plaintiff cannot afford to pay the filing fees.

Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit an amended IFP application. If Plaintiff submits the amended IFP application, it should be labeled with docket number 26-CV-8896, and address the deficiencies

described above by providing facts to establish that he is unable to pay the filing fees. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

No summonses shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: October 26, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge